# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00111-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LORENZO RAYSHUN STEWART,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter is before the court *sua sponte*. A revocation hearing is set for September 16, 2011, at 11:00 a.m. however, the defendant is not set to be sentenced on the alleged new law violation made the focus of the revocation proceedings until after September 16, 2011. Thus, the revocation hearing in this case should be conducted after the sentencing hearing in state court.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the revocation hearing set in this case for September 16, 2011, is **VACATED** and is **CONTINUED** pending further order of court; and

    2. That the court **SHALL CONDUCT** a telephonic setting conference on **October 3, 2011**, commencing at 10:30 a.m. to reset the revocation hearing in this matter; and

    3. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: September 12, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.